■ TINA M. BEELEY, Individually and as Parent and Natural Guardian of LAUREN A. BEELEY, an Infant, Respondent, v VOLNEY R. SPENCER, Appellant, et al., Defendant. (Action No. 1.) JAMES P. BEELEY, Respondent, v VOLNEY R. SPENCER, Appellant, et al., Defendant. (Action No. 2.) TINA M. BEELEY, Individually and as Parent and Natural Guardian of LYNNE M. BEELEY, an Infant, Respondent, v VOLNEY R. SPENCER, Appellant, et al., Defendant. (Action No. 3.) JOSEPH F. CEGIELSKI,

Individually and as Parent and Natural Guardian of LISA CEGIELSKI et al., Infants, Respondent, v VOLNEY R. SPENCER, Appellant, JAMES P. BEELEY, Respondent, et al., Defendant. (Action No. 4.) (Appeal No. 6.) [765 NYS2d 814] —Appeal from an order of Supreme Court, Erie County (O'Donnell, J.), entered June 19, 2002, which denied the motion of defendant Volney R. Spencer to set aside the verdict and for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.